**Writ of Mandamus Denied, Opinion issued September 12, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01214-CV

## IN RE ANDREW DAVID MALONE, JR., Relator

**Original Proceeding from the 195th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F86-95910-QN**

## MEMORANDUM OPINION

Before Justice Morris, Richter, and Lang-Miers
Opinion by Justice Morris

In this original mandamus proceeding, relator contends the trial court has violated a ministerial duty by failing to rule on relator's motion for judgment nunc pro tunc seeking credit for time relator spent in jail before he was sentenced. Based on the record before the Court, we conclude relator has not shown he is entitled to the relief requested. *See Simon v. Levario*, 306 S.W.3d 318, 320–21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927–28 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we deny relator's petition for writ of mandamus.

JOSEPH B. MORRIS
JUSTICE

121214F.P05